UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

*NOTE MODIFICATION BY THE COURT*

| | |
|---|---|
| V-DOT TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ACER, INC., ACER AMERICA CORP., ACER AMERICAN HOLDING CORP., GATEWAY, INC., AND HEWLETT-PACKARD CO.,<br><br>Defendants. | Case No. CV 10-6436-JFW (CWx)<br><br>**DISCOVERY MATTER**<br><br>**ORDER FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>Date Action Filed: Aug. 27, 2010<br>Discovery Cutoff: March 12, 2012<br>Motion Cutoff: April 9, 2012<br>Trial Date: June 26, 2012 |

Having reviewed and considered the parties' Stipulation for Entry of Protective Order ("Stipulation"), the Court finds that the terms of the Stipulation are acceptable and hereby approves the agreed upon protective order, except that paragraph 13(b) (at p.22, l.23) is modified to read: Notwithstanding the foregoing, any party is authorized to ***apply under*** C.D. Cal. L.R. 79-5.1 to file under seal with the Court in this proceeding any brief, document or materials that are designated a Protected Material under this Order.

IT IS SO ORDERED.

DATED: June 13, 2011

*/s/ Carla M. Woehrle*

HON. CARLA M. WOEHRLE

UNITED STATES MAGISTRATE JUDGE