JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| V-DOT TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ACER, INC., ACER AMERICA CORP., ACER AMERICAN HOLDING CORP., GATEWAY, INC., AND HEWLETT-PACKARD CO.,<br><br>Defendants. | Case No. CV 10-6436-JFW (CWx)<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS HEWLETT-PACKARD CO.** |

Before the Court is Plaintiff V-Dot Technologies LLC ("V-DOT") and Defendant Hewlett-Packard Co. ("HP") Stipulation and Joint Motion to Dismiss Without Prejudice. Such motion is GRANTED.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

(1) All claims here at issue between V-DOT and HP resolved by the terms and conditions of the Settlement and License Agreement that was fully executed between V-DOT and one of HP's suppliers on January 11, 2012, are dismissed with prejudice; and

(2) All other claims not resolved by the terms and conditions of the Settlement and License Agreement are dismissed without prejudice;

(3) V-DOT and HP each shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 19, 2012

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE